UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNY THERESA ROMAN, et al.,

    Plaintiffs,

v.

UNITED STATES DEPARTMENT
OF STATE,

    Defendant.
_____/

Case No.: 1:15-cv-887

HONORABLE PAUL L. MALONEY

# ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Ray Kent in this action (ECF No. 23). The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that defendant's motion for summary judgment (ECF No. 16) is DENIED and this lawsuit is DISMISSED AS MOOT.

Dated: April 14, 2017

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge