UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Jenny Theresa Roman, et al,

    Plaintiffs,

Case No. 1:15-cv-887

v.

HONORABLE PAUL L. MALONEY

United States Department
of State,

    Defendant,
_____/

**JUDGMENT**

Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is hereby entered.


Date: April 14, 2017            /s/ Paul L. Maloney
                                                   Paul L. Maloney
                                                   United States District Judge